JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN WILLIAMS MCCANN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. 8:23-cv-01343-DOC-SK<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.

DATED: <u>September 6, 2024</u>

_/s/ David O. Carter_
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE